

The Vanguard Group, Inc.    100 Vanguard Blvd. Malvern, PA 19355    +1 610-669-4729
Thomas Revinski    16 Nasturtium Lane Levittown, PA 19054

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Thomas Revinski | The Vanguard Group, Inc. | 058010 | 12/25/2021 | 01/07/2022 | 01/07/2022 | |

| | Gross Pay | Before-Tax Deductions | Taxes | After-Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,479.11 | 293.29 | 405.05 | 0.00 | 1,780.77 |
| YTD | 3,479.11 | 293.29 | 732.85 | 0.00 | 2,452.97 |

| Hours and Earnings | | | | | Taxes | | |
|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Amount | YTD | Description | Amount | YTD |
| Basic Life Flex Credit | 12/25/2021 - 01/07/2022 | 0 | 4.71 | 4.71 | OASDI | 146.15 | 208.15 |
| Bonus Corporate Wide | | | | 1,000.00 | Medicare | 34.18 | 48.68 |
| Imputed Inc - Basic Life | 12/25/2021 - 01/07/2022 | 0 | 3.57 | 3.57 | Federal Withholding | 149.60 | 369.60 |
| Imputed Inc - Supp. Life | 12/25/2021 - 01/07/2022 | 0 | 19.77 | 19.77 | State Tax - Work - PA | 71.65 | 102.35 |
| LTD Flex Credit | 12/25/2021 - 01/07/2022 | 0 | 5.40 | 5.40 | SUI-Crew Member Paid - PA | 1.47 | 2.07 |
| Paid Time Off | 12/25/2021 - 12/31/2021 | 37.5 | 1,234.50 | 1,234.50 | PA LST - TREDY | 2.00 | 2.00 |
| Regular (unsubmitted hours paid) | 01/01/2022 - 01/07/2022 | 37.5 | 1,234.50 | -1,173.46 | | | |
| Regular (unsubmitted hours paid) | 12/04/2021 - 12/10/2021 | -37.5 | -1,173.46 | | | | |
| Regular (unsubmitted hours paid) | 12/11/2021 - 12/17/2021 | -37.5 | -1,234.50 | | | | |
| Regular | 12/04/2021 - 12/10/2021 | 37.5 | 1,173.46 | | | | |
| Regular | 12/11/2021 - 12/17/2021 | 37.5 | 1,234.50 | 2,407.96 | | | |
| Hours and Earnings | | | 2,502.45 | 3,502.45 | Taxes | 405.05 | 732.85 |

| Before-Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| 401k Deduction | 148.14 | 148.14 |
| Basic Life Cov (Pre-Tax) | 4.71 | 4.71 |
| Dental Insurance (Pre-Tax) | 8.90 | 8.90 |
| Health Savings Account (Employee) | 28.85 | 28.85 |
| Long Term Disability (Pre-Tax) | 5.40 | 5.40 |
| Medical & Prescriptions Ins (Pre-Tax) | 31.22 | 31.22 |
| PTO Buy - Additional | 48.89 | 48.89 |
| Supplemental Life Insurance | 10.55 | 10.55 |
| Vision Insurance (Pre-Tax) | 6.63 | 6.63 |
| Before-Tax Deductions | 293.29 | 293.29 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Employer Match | 98.76 | 98.76 | OASDI - Taxable Wages | 2,357.30 | 3,357.30 |
| Basic Life Cov - No Crew Cost | 0.69 | 0.69 | Medicare - Taxable Wages | 2,357.30 | 3,357.30 |
| Health Benefits Value | 16.14 | 16.14 | Federal Withholding - Taxable Wages | 2,209.16 | 3,209.16 |
| Health Savings Account - Employer Match | 43.28 | 43.28 | | | |
| Health Savings Account - Employer Seed | 650.00 | 650.00 | | | |
| Medical & Prescriptions Ins (Employer) | 248.79 | 248.79 | | | |
| Employer Paid Benefits | 1,057.66 | 1,057.66 | | | |

| | Current Annualized Salary | Current Hourly Rate |
|---|---|---|
| Rates | 64,193.50 | 32.919744 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 2 | 0 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| PNC | Checking | ******2998 | | 1,780.77 | USD |