

The Vanguard Group, Inc.    100 Vanguard Blvd. Malvern, PA 19355    +1 610-669-4729
Thomas Revinski    16 Nasturtium Lane Levittown, PA 19054

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Thomas Revinski | The Vanguard Group, Inc. | 058010 | 10/30/2021 | 11/12/2021 | 11/12/2021 | |

| | Gross Pay | Before-Tax Deductions | Taxes | After-Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,356.79 | 272.11 | 384.82 | 0.00 | 1,699.86 |
| YTD | 61,910.56 | 6,211.59 | 11,382.29 | 70.00 | 44,246.68 |

| Hours and Earnings | | | | | Taxes | | |
|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Amount | YTD | Description | Amount | YTD |
| Award Adjustment | | | | 74.40 | OASDI | 139.24 | 3,680.35 |
| Basic Life Flex Credit | 10/30/2021 - 11/12/2021 | 0 | 4.64 | 106.72 | Medicare | 32.57 | 860.73 |
| Bonus Corporate Wide | | | | 1,000.00 | Federal Withholding | 141.30 | 4,950.57 |
| Corporate Award Adjustment | | | | 29.76 | State Tax - Work - PA | 68.32 | 1,807.87 |
| General Use Stipend | | | | 200.00 | SUI-Crew Member Paid - PA | 1.39 | 36.77 |
| Holiday | | | | 1,408.20 | PA LST - TREDY | 2.00 | 46.00 |
| Imputed Inc - Basic Life | 10/30/2021 - 11/12/2021 | 0 | 3.10 | 71.30 | | | |
| Imputed Inc - Supp. Life | 10/30/2021 - 11/12/2021 | 0 | 17.32 | 398.36 | | | |
| LTD Flex Credit | 10/30/2021 - 11/12/2021 | 0 | 5.23 | 120.29 | | | |
| Paid Time Off | | | | 3,989.88 | | | |
| Parental Leave | | | | 7,040.77 | | | |
| Partnership | | | | 6,400.00 | | | |
| Regular (unsubmitted hours paid) | 10/30/2021 - 11/12/2021 | 75 | 2,346.92 | 469.38 | | | |
| Regular (unsubmitted hours paid) | 10/16/2021 - 10/22/2021 | -37.5 | -1,173.46 | | | | |
| Regular (unsubmitted hours paid) | 10/23/2021 - 10/29/2021 | -30 | -938.77 | | | | |
| Regular | 10/16/2021 - 10/22/2021 | 37.5 | 1,173.46 | | | | |
| Regular | 10/23/2021 - 10/29/2021 | 30 | 938.77 | 41,071.16 | | | |
| Hours and Earnings | | 2,377.21 | 62,380.22 | | Taxes | 384.82 | 11,382.29 |

| Before-Tax Deductions | | | After-Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401k Deduction | 140.82 | 3,191.92 | HISTORY - Award Net Offset | | 70.00 |
| Basic Life Cov (Pre-Tax) | 4.64 | 106.72 | | | |
| Dental Insurance (Pre-Tax) | 8.60 | 197.80 | | | |
| Flex Spend Acct - Health Care | 19.23 | 442.29 | | | |
| Long Term Disability (Pre-Tax) | 5.23 | 120.29 | | | |
| Medical & Prescriptions Ins (Pre-Tax) | 32.13 | 738.99 | | | |
| PTO Buy - Additional | 47.35 | 1,089.05 | | | |
| Supplemental Life Insurance | 7.79 | 179.17 | | | |
| Vision Insurance (Pre-Tax) | 6.32 | 145.36 | | | |
| Before-Tax Deductions | 272.11 | 6,211.59 | After-Tax Deductions | 0.00 | 70.00 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Employer Match | 93.88 | 2,159.24 | OASDI - Taxable Wages | 2,245.92 | 59,360.55 |
| Basic Life Cov - No Crew Cost | 0.68 | 15.64 | Medicare - Taxable Wages | 2,245.92 | 59,360.55 |
| Health Benefits Value | 21.45 | 491.02 | Federal Withholding - Taxable Wages | 2,105.10 | 56,168.63 |
| Medical & Prescriptions Ins (Employer) | 227.41 | 5,230.43 | | | |
| Employer Paid Benefits | 343.42 | 7,896.33 | | | |

| | Current Annualized Salary | Current Hourly Rate |
|---|---|---|
| Rates | 61,019.50 | 31.292051 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 2 | 0 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| PNC | Checking | ******2998 | | 1,699.86    USD |