UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  THOMAS J REVINSKI          :    CHAPTER 13
                                   :
    Debtor(s)                      :    CASE NO. 21-12983

### WITHDRAWAL AND ENTRY OF APPEARANCE FOR DEBTOR

To the Clerk:

Please note my WITHDRAWAL as counsel for Debtor, Thomas J Revinski.

April 5, 2022                              YOUNG, MARR, MALLIS & DEANE

                                           /s/ Cameron Deane
                                           Cameron Deane, Esquire
                                           3554 Hulmeville Road, Suite 102
                                           Bensalem PA  19020
                                           215-639-5297
                                           Fax 215-639-1344
                                           support@ymalaw.com


To the Clerk:

Kindly enter my APPEARANCE as counsel for Debtor, Thomas J Revinski.

April 5, 2022                              YOUNG, MARR, MALLIS & DEANE

                                           /s/ Paul H. Young
                                           Paul H. Young, Esquire
                                           3554 Hulmeville Road, Suite 102
                                           Bensalem PA  19020
                                           215-639-5297
                                           Fax 215-639-1344
                                           support@ymalaw.com