United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                                                          Case No. 21-12983-mdc

Thomas J Revinski                                                                              Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                          User: admin                                               Page 1 of 2

Date Rcvd: Jun 09, 2022                                 Form ID: 155                                       Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol     Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas J Revinski, 16 Nasturtium Lane, Levittown, PA 19054-3802 |
| 14650953 | | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14662339 | + | PNC BANK, NATIONAL ASSOCIATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14662522 | + | PNC Bank, National Association, c/o Rebecca Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14647693 | | Wells Fargo Bank NA, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |
| 14647692 | + | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 14653911 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14647694 | + | Young, Marr, Mallis & Deane, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14647679 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 10 2022 00:01:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 14647680 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 10 2022 00:01:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14647682 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 10 2022 00:05:03 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14647681 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 10 2022 00:04:54 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14647683 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 10 2022 00:05:03 | Citibank Na, Po Box 6181, Sioux Falls, SD 57117-6181 |
| 14647684 | | Email/Text: FMClaims@Firstmarkservices.com | Jun 10 2022 00:01:00 | Fm/firstma, Attn: Bankruptcy, 121 S 13th St #201, Lincoln, NE 68508 |
| 14658548 | | Email/Text: FMClaims@Firstmarkservices.com | Jun 10 2022 00:01:00 | Firstmark Serviced Trust, 121 S. 13th Street Ste. 201, Lincoln, Lincoln, NE 68508 |
| 14647685 | | Email/Text: FMClaims@Firstmarkservices.com | Jun 10 2022 00:01:00 | Fm/firstma, 121 South 13th Street, Lincoln, NE 68508 |
| 14659025 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 10 2022 00:05:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14660455 | | Email/PDF: pa_dc_claims@navient.com | Jun 10 2022 00:04:52 | NAVIENT, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14647686 | + | Email/PDF: pa_dc_claims@navient.com | Jun 10 2022 00:04:52 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barr, PA 18773-9640 |
| 14647687 | + | Email/PDF: pa_dc_claims@navient.com | Jun 10 2022 00:05:02 | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 14655499 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 10 2022 00:01:00 | PNC Bank, National Association, Attn: Bankruptcy Dept., 3232 Newmark Drive, Miamisburg, OH 45342 |

Case 21-12983-mdc    Doc 33    Filed 06/11/22    Entered 06/12/22 00:27:33    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 09, 2022 | Form ID: 155 | Total Noticed: 27 |

| | | | |
|---|---|---|---|
| 14647688 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 10 2022 00:01:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 14647689 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 10 2022 00:01:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14647691 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 10 2022 00:04:53 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 14647690 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 10 2022 00:04:53 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14658120 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 10 2022 00:04:57 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14658506 | + Email/PDF: ebn_ais@aisinfo.com | Jun 10 2022 00:05:02 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| PAUL H. YOUNG | on behalf of Debtor Thomas J Revinski support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Thomas J Revinski
      Debtor(s)

Chapter: 13

Bankruptcy No: 21−12983−mdc

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this 9th day of June 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                          Magdeline D. Coleman
                                          Chief Judge ,
                                          United States Bankruptcy Court

                                                                              31 − 13, 28
                                                                              Form 155