Certificate Number: 03621-PAE-DE-041549266

Bankruptcy Case Number: 21-12983

03621-PAE-DE-041549266

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 12, 2026, at 5:47 o'clock AM EDT, Thomas John Revinski completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: October 12, 2026

By: /s/Pedro Padilla

Name: Pedro Padilla

Title: Credit Counselor